| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (760) 747-1100 | FOR COURT USE ONLY |
|---|---|---|
| Kraw Law Group, APC<br>1017 E. Grand Avenue<br>Escondido CA 92025<br>ATTORNEY FOR  Plaintiff | | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>GCIU-Employer Retirement Fund v. Allen Printing, Inc. | | |
| DATE:         TIME:         DEP./DIV. | | CASE NUMBER:<br>2:19-cv-08505-CAS-KES |
| **Declaration of Service** | | Ref. No. or File No:<br>2850 |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and

not a party to the within entitled action. I served the: **Complaint; Civil Cover Sheet; Request for Summons; Notice of Interested Parties; Notice of Assignment to United Sates Judges; Notice to Parties of Court-Directed ADR Program; Summons;**

On: **Allen Printing, Inc.**

**1332 Thomas Ave   Saint Paul, MN 55104**

In the above named action by delivering to and leaving with:

**Anthony Allen Schlosser**  Whose title is: **CEO**

On: **11/21/2019**             Date:  **02:07 PM**

Fees paid: **$0.00**

Person attempting service:

  a. Name: **James M Dixon**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **175.00**
  e. I am an independent contractor

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



RAPID LEGAL®        James M Dixon              Date: 11/22/2019