Kerry K. Fennelly (SBN 232621)
kfennelly@kraw.com
Valentina S. Mindirgasova (SBN 272746)
vmindirgasova@kraw.com
Kraw Law Group, APC
1017 East Grand Avenue
Escondido, CA 92025
(760) 747-1100 tel
(760) 747-1188 fax

Attorneys for Plaintiffs,
GCIU-Employer Retirement Fund and
Board of Trustees of the
GCIU-Employer Retirement Fund

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEN PRINTING, INC., a Minnesota Corporation,<br><br>Defendant. | CASE NO:2:19-cv-08505-GW-KESx<br><br>Assigned for all Purposes to:<br>The Honorable George H. Wu<br><br>**REQUEST FOR ENTRY OF DEFAULT BY CLERK**<br><br>[Accompanying Papers: DECLARATION OF VALENTINA S. MINDIRGASOVA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK; [PROPOSED] DEFAULT BY CLERK] |

## REQUEST FOR ENTRY OF DEFAULT BY CLERK

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Plaintiffs, GCIU-EMPLOYER RETIREMENT FUND and BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND, hereby request that

the Clerk of the above-entitled Court enter default in this matter against Defendant, ALLEN PRINTING, INC., on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by Rule 12 of the Federal Rules of Civil Procedure.

This Request is based on this pleading as well as the Declaration of Valentina S. Mindirgasova and Proposed Default by Clerk, filed herewith.

Dated: January 3, 2020

/s/ Valentina S. Mindirgasova
Kerry K. Fennelly
Valentina S. Mindirgasova
Kraw Law Group, APC
1017 East Grand Avenue
Escondido, CA 92025
(760) 747-1100
(760) 747-1188
kfennelly@kraw.com
vmindirgasova@kraw.com

Attorneys for Plaintiffs