Kerry K. Fennelly (SBN 232621)
kfennelly@kraw.com
Valentina S. Mindirgasova (SBN 272746)
vmindirgasova@kraw.com
Kraw Law Group, APC
1017 East Grand Avenue
Escondido, CA 92025
(760) 747-1100 tel
(760) 747-1188 fax

Attorneys for Plaintiffs,
GCIU-Employer Retirement Fund and
Board of Trustees of the
GCIU-Employer Retirement Fund

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEN PRINTING, INC., an Illinois Corporation,<br><br>Defendant. | CASE NO. 2:19-cv-08505-GW-KESx<br><br>Assigned for all Purposes to:<br>The Honorable George H. Wu<br><br>**DECLARATION OF VALENTINA S. MINDIRGASOVA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK**<br><br>[Accompanying Papers: REQUEST FOR ENTRY OF DEFAULT BY CLERK; [PROPOSED] DEFAULT BY CLERK] |

I, Valentina S. Mindirgasova, declare as follows:

1. I am an attorney of record for Plaintiffs, GCIU-EMPLOYER RETIREMENT FUND and BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND, in the above-entitled action.

1

2. Defendant ALLEN PRINTING, INC., was served with the Summons and Complaint on November 21, 2019 via service on its CEO, Anthony Allen Schlosser. The proof of service was filed by Plaintiffs on December 9, 2019. See ECF No. 10.

3. Plaintiffs amended their Complaint on December 9, 2019, by filing their First Amended Complaint. See ECF. 15.

4. Defendant ALLEN PRINTING, INC., was served with the Summons and First Amended Complaint on December 10, 2019 via service on its CEO, Anthony Allen Schlosser. The proof of service was filed by Plaintiffs on December 23, 2019. See ECF No. 16.

5. Defendant has failed to appear or otherwise respond to either the Complaint or the First Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 3, 2020.

    /s/ Valentina S. Mindirgasova
Valentina S. Mindirgasova
Kraw Law Group, APC
1017 East Grand Avenue
Escondido, CA 92025
(760) 747-1100
vmindirgasova@kraw.com