# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>　　　　Plaintiffs,<br>　v.<br><br>ALLEN PRINTING, INC., a Minnesota Corporation,<br><br>　　　　Defendant. | CASE NO. CV 19-8505-GW-KESx<br><br>**JUDGMENT** |

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiffs against Allen Printing, Inc., in accordance with the terms of the Court's ruling granting Plaintiffs' motion for default judgment (ECF No. 22).

The Court **AWARDS** Plaintiffs: (1) $722,679 in withdrawal liability. (2) $42,914.30 in prejudgment interest on the liability, (3) $18,911.87 in attorneys' fees, and (4) $1,720.50 in costs.

///

///

The Court also **DISMISSES** Plaintiffs' second cause of action for payroll audit documents.

Dated: March 24, 2020

*George H. Wu*

HON. GEORGE H. WU, U.S. District Judge